| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Cavaneau, Jerry W. | 2. Court or Organization<br><br>District Court, ED Arkansas | 3. Date of Report<br><br>07/29/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Full-time U.S.Magistrate Judge, Recall Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>1/1/2013<br>to<br>12/31/2013 |

| 7. Chambers or Office Address<br><br>R.S. Arnold U.S. Courthouse<br>500 W. Capitol, Suite C-163<br>Little Rock, AR 72201-3325 |
|---|
| IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust A (See note, Part VIII) All assets of the trust are listed in Part VII. |
| 2. | Board Member and Secretary of the Board | Board of Administration, Creekwood Horizonal Property Regime (See note, Part VIII) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cavaneau, Jerry W. | 07/29/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cavaneau, Jerry W. | 07/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ROCKEFELLER CTR PROPERTIES, INC Common. | | None | J | T | | | | | |
| 2. CENTENNIAL BANK ACCOUNTS | B | Interest | K | T | | | | | |
| 3. Unimproved acreage, White Co, AR, purch 10/10/78, $20,000 | B | Royalty | K | R | | | | | See note, Part VIII |
| 4. (H) BROKERAGE ACCOUNT D | | | | | | | | | See note, Part VIII |
| 5. - (H) TRUST A | | | | | | | | | See note, Part VIII |
| 6. -FIDELITY MONEY MARKET | A | Interest | K | T | | | | | |
| 7. -ALGER HEALTH SCIENCES FUND (AHSAX) | C | Dividend | K | T | | | | | |
| 8. -AMERICAN EXPRESS 4.8% BOND | A | Interest | | | Matured | 07/15/13 | J | A | |
| 9. -COLUMBIA ENERGY & NAT RES FUND (UMCSX) | A | Dividend | J | T | | | | | |
| 10. -CREDIT SUISSE 5.125% BOND | A | Interest | K | T | | | | | |
| 11. -DAVIS FINANCIAL FUND (RPFGX) | A | Dividend | J | T | | | | | |
| 12. SPDR Dow Jones Industrial Avg (DIA) ETF | C | Dividend | M | T | | | | | |
| 13. -Prudential GLOBAL R/E FUND (PURAX) | A | Dividend | J | T | | | | | |
| 14. -EATON VANCE WLDWD HEALTH FUND (ECHSX | A | Dividend | J | T | | | | | |
| 15. -FIDELITY LATIN AMERICA FUND (FLATX) | B | Dividend | J | T | | | | | |
| 16. -FIDELITY SELECT ENERGY FUND (FSENX) | B | Dividend | J | T | | | | | |
| 17. -ICON HEALTHCARE FUND (ICHCX) | C | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -ISHARES COHEN & STEERS REALTY ETF (ICF) | A | Dividend | K | T | | | | | |
| 19. -ISHARES DJ US HEALTHCARE ETF (IYH) | A | Dividend | J | T | | | | | |
| 20. -ISHARES KLD SEL SOC INDEX ETF (KLD) | B | Dividend | L | T | | | | | |
| 21. -ISHARES S&P 500 INDEX ETF (IVV) | A | Dividend | K | T | | | | | |
| 22. -ISHARES S&P GLOBAL ENERGY ETF (IXC) | A | Dividend | J | T | | | | | |
| 23. -ISHARES S&P GLOBAL HEALTHCARE ETF (IXJ) | A | Dividend | J | T | | | | | |
| 24. -ISHARES S&P MIDCAP 400 ETF (IJH) | B | Dividend | M | T | | | | | |
| 25. -ISHARES S&P NATURAL RESOURCES ETF (IGE) | A | Dividend | K | T | | | | | |
| 26. -ISHARES TR DJ US FINANCIAL ETF (IYG) | A | Dividend | K | T | | | | | |
| 27. -LEHMAN BROS 4.25% BOND | | None | | | Merged (with line 49) | 04/04/13 | J | | |
| 28. -METZLER PAYDEN EURO EMG MKT FUND (MPXMY) | A | Dividend | | | Sold | 09/30/13 | J | | |
| 29. -T ROWE PRICE EMERG EUROPE FUND (TREMX) | A | Dividend | J | T | | | | | |
| 30. -FORD HOLDINGS INC. DEBENTURE Corp Bond | A | Interest | J | T | | | | | |
| 31. -SUNAMERICA INC. MEDIUM TERM NOTES Corp Bond | A | Interest | J | T | | | | | |
| 32. -GNMA II GUARANTEED PASS THRU CERTIFICATE POOL ___ | A | Interest | J | T | | | | | |
| 33. -GNMA II GUARANTEED PASS THRU CERTIFICATE POOL ___ | A | Interest | J | T | | | | | |
| 34. -REDWOOD TRUST INC. (RWT) Common | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cavaneau, Jerry W. | 07/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. –BUCKEYE PARTNERS LP (BLP) Common | | None | J | T | | | | | |
| 36. –HEALTH CARE PROPERTY INVS. INC. (HCP) Common | A | Dividend | J | T | | | | | |
| 37. –CALVERT GLOBAL ALTERNATIVE ENERGY FUND | | None | J | T | | | | | |
| 38. –CALVERT GLOBAL WATER FUND | A | Dividend | J | T | | | | | |
| 39. –NEW ALTERNATIVES FUND | A | Dividend | J | T | | | | | |
| 40. –KLH 400 SOCIAL INDEX (DSI) | A | Dividend | K | T | | | | | |
| 41. Fed Farm Credit Banks 2.5% BOND | A | Interest | | | Redeemed | 01/14/13 | J | | |
| 42. ISHARES DOW JONES US FINANCIAL SECTOR (IYF) | A | Dividend | J | T | | | | | |
| 43. POWERSHARES WATER RESOURCES (PHO) | A | Dividend | J | T | | | | | |
| 44. POWERSHARES WINDERHILL CLEAN ENERGY (PBW) | A | Dividend | J | T | | | | | |
| 45. LAZARD EMERGING MARKETS | A | Dividend | K | T | | | | | |
| 46. Royal Bank of Canada 2.1% BOND | A | Interest | | | Redeemed | 07/29/13 | K | | |
| 47. ISHARES TR LEHMAN AGENCY BOND ETF (AGZ) | A | Int./Div. | L | T | Buy (add'l) | 05/28/13 | K | | |
| 48. POWERSHARES PREFERRED (PGX) | A | Dividend | J | T | | | | | |
| 49. Lehman Brthrs Hldgrr Bond 0% 12/30/16 | | None | J | T | | 04/04/13 | J | | See note, Part VIII |
| 50. ISHARES INTERMEDIATE CRED BOND (CIU) | A | Dividend | K | T | Buy | 05/28/13 | K | | |
| 51. POWERSHARES ETF S&P EMRG MKT LOW VOL (EELV) | A | Dividend | J | T | Buy | 09/10/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cavaneau, Jerry W. | 07/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - (H) FIDELITY SELF DIRECTED IRA | | | | | | | | | See note, Part VIII |
| 53. -Fidelity Money Market | A | Dividend | L | T | | | | | |
| 54. -ABERDEEN GLOBAL EQUITY FUND (GLFAX) | A | Dividend | J | T | | | | | |
| 55. -ALGER HEALTH SCIENCES FUND (AHSHX) | A | Dividend | J | T | Sold (part) | 12/19/13 | J | B | |
| 56. -BRANCH BANK4.87% BOND | A | Interest | | | Redeemed | 01/15/13 | J | A | |
| 57. -COLUMBIA ENERGY & NAT RES FUND (UMESX) | A | Dividend | J | T | | | | | |
| 58. -DAVIS FINANCIAL FUND (RPRGX) | A | Dividend | J | T | | | | | |
| 59. -SPDR Dow Jones Industrial Avg TRUST ETF (DIA) | C | Dividend | M | T | Sold (part) | 02/11/13 | J | A | |
| 60. -DREYFUS S&P MIDCAP INDEX FUND (PESPX) | A | Distribution | J | T | | | | | |
| 61. -Prudential GLOBAL R/E FUND (PURAX) | A | Dividend | J | T | | | | | |
| 62. -EATON VANCE WLDWD HEALTH FUND (ETHSX) | A | Dividend | | | Sold | 12/19/13 | J | A | |
| 63. -FIDELITY HIGH INCOME FUND (SPHIX) | A | Dividend | J | T | | | | | |
| 64. -FIDELITY LATIN AMERICA FUND (FLATX) | A | Dividend | J | T | | | | | |
| 65. -FIDELITY SELECT ENERGY FUND (FSENX) | A | Dividend | J | T | | | | | |
| 66. -GOLDMAN SACHS 5.15% BOND | B | Interest | K | T | | | | | |
| 67. -ICON HEALTH CARE FUND (ICHCX) | A | Dividend | J | T | | | | | |
| 68. -ISHARES DJ US FINANCIAL ETF (IYF) | A | Dividend | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cavaneau, Jerry W. | 07/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -ISHARES KLD 400 SOCIAL INDEX ETF (DSI) | A | Dividend | K | T | Sold (part) | 12/23/13 | J | C | |
| 70. -ISHARES S&P 500 INDEX ETF (IVV) | A | Dividend | K | T | | | | | |
| 71. -ISHARES S&P MIDCAP 400 ETF (IJH) | A | Dividend | K | T | Sold (part) | 12/23/13 | J | C | |
| 72. -METZLER PAYDEN EURO EMER FUND (MPYMX) | A | Dividend | | | Sold | 10/01/13 | J | | |
| 73. -MFS ARKANSAS MUNI BOND FUND (MFARX) | A | Dividend | | | Sold | 03/27/13 | J | A | |
| 74. -WELLS FARGO DIV INC FUND (SDVIX) | A | Dividend | J | T | | | | | |
| 75. -CALVERT GLOBAL ALTERNATIVE FUND | | None | J | T | | | | | |
| 76. -CALVERT GLOBAL WATER FUND | A | Dividend | J | T | | | | | |
| 77. -FED HOME LN MTG 0% BOND | | None | J | T | | | | | |
| 78. -HSBC FINANCE CORP 5.% BOND | A | Interest | K | T | | | | | |
| 79. -LAZARD EMERGING MARKETS FUND | A | Dividend | J | T | | | | | |
| 80. -Fidelity Government Income Fund - (FGOVX) | A | Dividend | J | T | | | | | |
| 81. IShares Dow Jones US Financial Sector ETF ( IYG) | A | Dividend | K | T | | | | | |
| 82. Powershares FTSE RAFI Emerging Mkts ETF (PXH) | A | Dividend | J | T | | | | | |
| 83. ISHARES DOW JONES US REAL ESTATE ETF (IYR) | A | Dividend | K | T | | | | | |
| 84. POWERSHARES FINANCIAL PREFERRED ETF (PGF) | A | Dividend | J | T | | | | | |
| 85. BERKSHIRE HATHAWAY FIN 2.125 BOND | A | Interest | | | Redeemed | 02/11/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cavaneau, Jerry W. | 07/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. SHELL INT'L FIN 3.25% BOND | A | Interest | K | T | | | | | |
| 87. WALMART 3.0% BOND | A | Interest | J | T | | | | | |
| 88. MICROSOFT 2.5% BOND | A | Interest | J | T | | | | | |
| 89. TOYOTA MOTOR CREDIT 3.2% BOND | A | Interest | K | T | | | | | |
| 90. GEN ELEC CAP COPR MTN 2.25% | A | Interest | K | T | | | | | |
| 91. NATIONAL RUAL UTILS 1.9% BOND | A | Interest | J | T | | | | | |
| 92. ISHARES INTERMEDIATE CREDIT BOND (CIU) | A | Dividend | J | T | Buy | 05/28/13 | K | | |
| 93. - (H) Fidelity self directed IRA | | | | | | | | | See note, Part VIII |
| 94. -FIDELITY MONEY MKT | A | Dividend | J | T | | | | | |
| 95. -SPDR Dow Jones Industrial Avg TRUST ETF (DIA) | A | Dividend | K | T | Sold (part) | 02/11/13 | J | A | |
| 96. -ISHARES KLD SELECT SOCIAL ETF (KLD) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cavaneau, Jerry W. | 07/29/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I. Line 1. This is a joint revocable trust created April 18, 2008. All assets of the trust are individually included in Part VII, listed under the header "TRUST A."

Part 1. Line 2. I remain on the board and continue to serve as secretary.

Part VII. Line 3. Unimproved real property located in White County, Arkansas. Fee simple. Purchase date October 10, 1978. Purchase price $20,000. There were no transactions in 2013.

Part VII. Line 4. This is a header. This brokerage holds the reportable assets in Trust A (Line 5), the self-directed IRA (Line 52) and a second self-directed IRA (Line 93). The values and income for each of these entities is reported for each asset rather than in the aggregate.

Part VII. Line 5. Revocable Joint trust created April 18, 2008. This is a header (or subheader). The assets listed in lines 6 through 51 are the reportable assets of the trust. The value and income is reported for each individual asset rather than in the aggregate.

Part VIII Line 49 This was merged with Line 27. For some reason, the program would not let me enter the information in column D (1). I tried both typing in the box and using the drop down menu which opened a box under disposition which called for the line with which the entry was merged. However, when I entered the line # and clicked ok, nothing appeared in D(1).

Part VII. Line 52. This is a subheader. The reportable assets included in this IRA are listed in lines 53 through 92. The values and income are listed for each individual asset rather than in the aggregate.

Part VII Line 93 This is a subheader. The reportable assets included in this IRA are listed in lines 94 through 96. The values and income are listed for each individual asset rather than in the aggregate.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jerry W. Cavaneau**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544